UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DEUTSCHE BANK AKTIENGESELLSCHAFT SECURITIES LITIGATION | Case No. 16-cv-03495 (AT)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank Aktiengesellschaft, by and through its undersigned counsel, Cahill Gordon & Reindel LLP, states that Deutsche Bank Aktiengesellschaft is a publicly traded corporation.  Deutsche Bank Aktiengesellschaft has no parent company, and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
July 12, 2016

**CAHILL GORDON & REINDEL LLP**

By: __/s/ Charles A. Gilman__
Charles A. Gilman
David G. Januszewski
Julia K. Wood
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Defendant Deutsche Bank Aktiengesellschaft*