UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DEUTSCHE BANK AKTIENGESELLSHAFT SECURITIES LITIGATION | Case No. 1:16-cv-03495-AT |

### NOTICE OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF BY DAMON KNAUSS

Movant Damon Knauss ("Knauss") respectfully submits this notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel in the above-captioned securities class action (the "Action").

On July 11, 2016, Knauss filed a motion for appointment as Lead Plaintiff and for approval of its selection of Lead Counsel for the Class. *See* Dkt. No. 22. On that date, four other competing motions were filed. *See* Dkt. Nos. 20, 25, 28, 31.

Based upon a review of the motions and supporting documentation provided by the other movants seeking appointment as Lead Plaintiff, it appears that Knauss does not possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

However, were the Court to determine that any of the other movants seeking appointment as Lead Plaintiff are incapable or inadequate to represent the Class in this litigation, Knauss stands ready, willing, and able to serve as Lead Plaintiff of the Action. Knauss reserves any and all rights to participate in any recovery in the Action.

Dated:  July 25, 2016  Respectfully submitted,

**LEVI & KORSINSKY LLP**

/s/ Adam M. Apton_____
Nicholas I. Porritt
Adam M. Apton
30 Broad Street
24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Counsel for Movant Damon Knauss*

*4828-5611-2437, v.  1*