UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/17
```

In re DEUTSCHE BANK
AKTIENGESELLSCHAFT SECURITIES
LITIGATION

16 Civ. 3495 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letter from Defendant Deutsche Bank Aktiengesellschaft ("Deutsche Bank") dated January 16, 2017, which requests a pre-motion conference on Deutsche Bank's anticipated motion to dismiss, ECF No. 65, and Plaintiffs' letter in opposition dated January 23, 2017, ECF No. 66.

It is ORDERED that:

1. Deutsche Bank's request for a pre-motion conference is DENIED;

2. By **February 21, 2017**, Deutsche Bank shall file its motion to dismiss;

3. By **March 7, 2017**, Plaintiffs shall file their opposition; and

4. By **March 14, 2017**, Deutsche Bank shall reply.

SO ORDERED.

Dated: January 23, 2017
       New York, New York

_____
ANALISA TORRES
United States District Judge