UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: DEUTSCHE BANK AKTIENGESELLSCHAFT SECURITIES LITIGATION

No.: 16-cv-03495 (AT)(BCM)

------------------------------------------------------------X

### AFFIRMATION OF CHARLES A. GILMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

**CHARLES A. GILMAN**, an attorney duly admitted to practice before the Courts of the State of New York and a member of the Bar of this Court, hereby affirms under penalty of perjury that the following is true and correct:

**Deutsche Bank SEC Forms 20-F**

1. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2012 Form 20-F, filed on April 15, 2013.

2. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2013 Form 20-F, filed on March 20, 2014.

3. Attached hereto as Exhibit 3 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2014 Form 20-F, filed on March 20, 2015.

4. Attached hereto as Exhibit 4 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2015 Form 20-F, filed on March 11, 2016.

**Deutsche Bank Annual Reports to Shareholders**

5. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2012 Annual Report, dated April 2013.

6. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2013 Annual Report, dated March 2014.

7. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2014 Annual Report, dated March 2015.

8. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2015 Annual Report, dated March 2016.

**Deutsche Bank Press Conferences**

9. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a transcript of Deutsche Bank's January 31, 2013 Annual Press Conference.

10. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a transcript of Deutsche Bank's January 29, 2014 Annual Press Conference.

**Deutsche Bank Corporate Responsibility Reports**

11. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2012 Corporate Responsibility Report, dated April 2013.

12. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2013 Corporate Responsibility Report, dated March 2014.

13. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2014 Corporate Responsibility Report, dated March 2015.

**Deutsche Bank Financial Statements and Earnings Calls**

14.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2012 IFRS Financial Statements, dated March 29, 2013.

15.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2013 IFRS Financial Statements, dated March 31, 2014.

16.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2014 IFRS Financial Statements, dated April 7, 2015.

17.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a transcript of Deutsche Bank's January 20, 2014 Q4 2013 Earnings Call.

**Compliance with S.D.N.Y. ECF Rule 5.2**

18.     The documents referred to in Paragraphs 1-17 above are cited, quoted and incorporated in Plaintiffs' Consolidated Amended Complaint, and are discussed in Defendants' accompanying Memorandum of Law in support of their motion to dismiss. In compliance with S.D.N.Y. ECF Rule 5.2, only relevant excerpts of each document are attached. A complete version of each document will be delivered to the Court upon request.

I hereby declare under penalty of perjury that the foregoing is true and correct.

February 21, 2017

*/s/ Charles A. Gilman*
Charles A. Gilman