UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re DEUTSCHE BANK
AKTIENGESELLSCHAFT SECURITIES
LITIGATION,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/17
```

16 CIVIL 3495 (AT)(BCM)

## JUDGMENT

------------------------------------------------------------X

Defendants Deutsche Bank, Cryan, Schenck and Jain ("Moving Defendants") having moved to dismiss the consolidated class action complaint pursuant to Fed. R. Civ. P. 8(a), 9(b) and 12(b)(6), and Plaintiffs having moved for an order granting judicial notice of (1) a consent order or, in the alternative, leave to amend the complaint to incorporate the consent order, and (2) a cease and desist order, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, having rendered its Order, on June 28, 2017, granting Plaintiffs' motions for judicial notice and granting Defendants' motion to dismiss; and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2017, Plaintiffs' motions for judicial notice are granted and Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
June 30, 2017

RUBY J. KRAJICK
_____
Clerk of Court

BY:
_____
Deputy Clerk