

**Jeremy A. Lieberman**
Managing Partner

March 14, 2017

**VIA EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    *In re Deutsche Bank Aktiengesellschaft Sec. Litig.,*
                *No. 16-cv-03495-(AT) (BCM) (S.D.N.Y.)*

Dear Judge Torres:

      I write on behalf of Plaintiffs to respectfully request oral argument on Defendants Deutsche Bank and Messrs. Cryan, Schenck and Jain's motion to dismiss. *Cf.* Article III. I. of Your Honor's Individual Practices. Plaintiffs believe oral argument will greatly assist the court. As of this Monday, March 13, 2017, the motion to dismiss is sub judice.

                                                      Respectfully submitted,

                                                      */s/ Jeremy A. Lieberman*
                                                     Jeremy A. Lieberman

cc:    Charles A. Gilman, Esq. via e-mail

jalieberman@pomlaw.com
600 Third Avenue, New York, New York 10016  tel: 212.661.1100  www.pomerantzlaw.com
NEW YORK      CHICAGO      LOS ANGELES      WESTON, FL
325